# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
          Plaintiff

v.

RUSSELL C. RAIFSNIDER
JANET M. RAIFSNIDER
          Defendant(s)

Civil Action No:

## ORDER TO DISCONTINUE AND END

The above captioned matter shall be marked discontinued and ended as the Plaintiff has file complaint in the incorrect District of Pennsylvania. This matter may be marked closed for statistical purposes.

By the Court

_____
John E. Jones III
U.S. District Judge

May 22, 2006